IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMED COSOVIC,<br><br>Defendant. | Case No. 1:21-MJ-387 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Officer Justin Crewse, being duly sworn, state the following:

1. I entered on duty with the Security Protective Service ("SPS") of the Central Intelligence Agency ("CIA") in April 2021. Prior to serving as an SPS Officer, I was an officer with the Lakewood, Colorado Police Department for two years. I graduated from the Federal Law Enforcement Training Center in October 2021. I am a federal law enforcement officer as provided in 50 U.S.C. § 3515(a)(1).

2. This affidavit is submitted in support of a criminal complaint charging AHMED COSOVIC with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

3. The facts and information contained in this affidavit are based upon my personal knowledge and observations during the course of this investigation, information conveyed to me by other individuals, including law enforcement officers, and my review of records, documents, and other physical evidence obtained during the investigation. This affidavit contains information necessary to support probable cause, but is not intended to include each and every fact and matter observed by me or known to the United States.

1

4. On Wednesday, December 1, 2021, I was on duty as a mobile patrol officer at the George Bush Center for Intelligence (GBCI) in McLean, Virginia, within the Eastern District of Virginia. At the entrance to the GBCI facility, signs are posted which read in relevant part:

WARNING

RESTRICTED

U.S. GOVERNMENT

INSTALLATION

EMPLOYEES AND OFFICIAL

VISITORS ONLY

IT IS UNLAWFUL TO ENTER

OR ATTEMPT TO ENTER

THIS INSTALLATION WITHOUT

PROPER AUTHORIZATION

32 C.F.R. 1903

5. At approximately 5:35 a.m., officers observed a 2005 Dodge Caravan, bearing Illinois license plates, enter the facility from Dolley Madison Boulevard (Route 123) and approach the main gate. When officers asked the driver and only occupant, COSOVIC, why he was seeking to enter the facility, he stated that he did not have official business with CIA, but "needed to talk." Officers then approached the vehicle and asked COSOVIC if he had any weapons, drugs, or other illegal items. COSOVIC admitted to having a weapon on his person, and was thereupon removed from the vehicle and searched. That search revealed that COSOVIC had a Rock Island Armory Model 1911 pistol loaded with 19 rounds of ammunition on his person, as well as a box of an additional 30 rounds in his coat pocket, and a 7-inch K-BAR-style combat knife. During the search

of his person, COSOVIC advised officers that "God gave [the pistol] to me" and that he "knew he was not supposed to have it." A search of COSOVIC's vehicle revealed a crossbow with 11 bolts, 2 machetes, suspected marijuana, and a grinder.

6. The Rock Island Armory pistol was designed to propel a projectile by explosion. Further, it produced outside the Commonwealth of Virginia and a search of records revealed that the pistol was reported stolen in Illinois in October 2021. Accordingly, COSOVIC's possession of the pistol was in and affecting interstate commerce.

7. A review of COSOVIC's criminal history revealed that he was convicted of felony intimidation and felony aggravated battery in the Cook County, Illinois Circuit Court, for which he was sentenced to greater than one year of imprisonment.

8. Based on the foregoing, I submit there is probable cause to believe that on or about December 1, 2021, in McLean, Virginia, within the Eastern District of Virginia, AHMED COSOVIC, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, in and affecting interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Officer Justin Crewse
Security Protective Service
Central Intelligence Agency

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on December 1, 2021.

John F. Anderson
Digitally signed by John F. Anderson
Date: 2021.12.01 12:41:45 -05'00'

Hon. John F. Anderson
United States Magistrate Judge

Alexandria, Virginia